# UNITED STATES DISTRICT COURT

for the

District of Delaware

United States of America
v.

RANGI KNIGHT

_____
*Defendant*

)
)
)
)
)
)
)

Case No. 23-cr-40-RGA

FILED

JAN 2 1 2026

U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   RANGI KNIGHT                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:
Violations of conditions of Supervised Release

Date:     11/21/2025

City and state:     WILMINGTON, DE

/s/ A. SCOTT, Deputy Clerk
*Issuing officer's signature*

RANDALL LOHAN, CLERK OF COURT
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/21/25 , and the person was arrested on *(date)* 1/21/24 at *(city and state)* Wilmington, DE . |

Date: 1/21/24

_____
*Arresting officer's signature*

D. U. S. M. Smith, R.
*Printed name and title*