# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE



**Randall C. Lohan**
**Clerk of Court**

**Robert L. Rebeck**
**Chief Deputy**

**U.S. Courthouse**
**844 N. King Street**
**Unit 18**
**Wilmington, DE 19801**
**(302) 573-6170**

April 13, 2026

Conor Wilson, Esquire
Federal Public Defender's Office
800 North King Street, Suite 200
Wilmington, DE 19801

      RE:    USA v. Rangi Knight, 23-cr-40-RGA
              Correspondence Received from Client

Dear Mr. Wilson,

The District Court is in receipt of a letter from your client, dated April 9, 2026. It is the practice of the Clerk's Office to not docket, nor forwarded to opposing counsel, any correspondence received from a represented party. Please advise your client of this practice. If you or they would like such correspondence filed, it must be docketed by counsel.

The Court appreciates your assistance in relaying this information to your client.

Sincerely,

Randall C. Lohan
CLERK OF COURT

/as
cc:    The Honorable Richard G. Andrews (w/o encl.)
      Bryan Williamson, Esquire (w/o encl.)